**GRUNDSTEIN, Plaintiff-Appellant, v. SUBURBAN MOTOR FREIGHT, INC., Defendant-Appellee.**

Ohio Appeals, Second District, Franklin County.

No. 4680. Decided September 12, 1951.

Carrington T. Marshall, I. M. Harris, O. H. Roth, Columbus, for plaintiff-appellant and Richard H. Grundstein, defendant-appellant.

Dahlton R. Kincaid, William L. Schmidt, Columbus, for defendant-appellee.

**OPINION**

By THE COURT.

Submitted upon motion by the appellee herein seeking an order dismissing the appeal on questions of law and fact for the reason that no appeal bond had been filed within the time provided by §12223-6 GC. The record supports the facts stated and the motion will therefore be sustained. The appellant will be granted leave to perfect the appeal on questions of law in accordance with the supplement to Rule VII of this court.

HORNBECK, PJ, WISEMAN and MILLER, JJ, concur.